IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID ERNEST DUKE,

PLAINTIFF

CASE NO. 8:16-cv-533-T23MAP

V.

DONALD TRUMP,

DEFENDANT

MOTION FOR PRELIMINARY INJUNCTION

TEMPORARY RESTRINING ORDER, TRO

UNDER 42 USC 1983, VIOLATION OF CIVIL RIGHTS

---

Comes now, the plaintiff, David Ernest Duke, in pro se, files this lawsuit under 42 usc, 1983, violation of my civil right and I seek a restraining order against Donald trump from participating in the presidential race due to Donald Trump being a danger to Americas morals, values, systems and principals and also Donald Trump stealing my intellectual property. I seek a restraining order against Donald Trump participating in the Florida primary due to the fraud Donald trump is committing on European Americans and really all Americans.

Donald Trump stole my intellectual property and then claims he never knew me, he disavows me. I am the Republican who lead the way in opposing affirmative action, massive immigration and welfare exploitation and Donald Trump stole my ideas while he disavows me (for standing up to the Jewish Supremacists) which is clearly a violation. Donald Trump seems to feel he is entitled to steal people's ideas for his campaign and not give them credit, which is wrong, and I find this offensive. After years of hard work I spent writing the book My Awakening about race and immigration Trump thinks he can dupe Europeans Americans and throw me under the bus. Now he is taking the credit for proposals that I created to help make America great again. Donald trump is a copyright infringer. He disavows me, but his fundamental ideas are the same ideas that I introduced into the Party as a House of Representatives Member and in My Awakening. Donald Trump is a patent troll. Donald Trump takes ideas and then disavows the people he borrows from. These criminal acts against me must be investigated by congress.

ZioTrump, with his violation of intellectual property rights, is acting like a Jewish Supremacist gangster Bolshevik. I seek a restraining order from Donald Trump propagandizing Gangster Bolshevism anywhere in the world. Please put a stop to this. I seek the termination of Trump's campaign and the amount of

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

money I am owed due to unjust enrichment and media fraud in punitive damages against Donald Trump. I Disqualify Donald Trump from entering the presidential race because he is a danger to European American and all Americans.

Respectfully submitted, *[signature]* 3/2/2016

David Ernest Duke

PO BOX 819

Mandeville, LA 70470

PHILADELPHIA PA 190
02 MAR 2016 PM 10 L

U.S District Court
Middle District of Florida
801 North Florida Ave
Tampa, Fl 33602

33602-380099

David Duke
P.O Box 819
Mandeville, LA
70470